# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH,<br><br>               Plaintiff,<br><br>       v.<br><br>TYSON POUGE, *et al.*,<br><br>               Defendants | No.  1:24-cv-00486 JLT EPG (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 8) |

On June 17, 2024, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 11.) Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (*id.* at 7), Plaintiff failed to pay the filing fee. Without such payment, the action cannot proceed before the Court at this time. Thus, the Court **ORDERS**:

    1.    The action is **DISMISSED** without prejudice for failure to pay the filing fee.

    2.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   **July 26, 2024**

UNITED STATES DISTRICT JUDGE

1